JOHN GRAY v. STATE.

No. A-1854.   Opinion Filed April 11, 1914. .

Appeal from County Court, LeFlore County;
B. C. Bolger, Judge.

John Gray was convicted of pointing a pistol, and appeals. Affirmed.

Tom W. Neal, for plaintiff in error.

Chas. West, Atty. Gen., and C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted upon an information which, after alleging the date and venue, charged: "That the said John Gray, did then and there willfully and unlawfully point a pistol at and towards one W. E. Sweeney." In accordance with the verdict of the jury he was sentenced to be confined in the county jail for three months and pay a fine of fifty dollars. After a careful examination of the record, we have discovered no error in the rulings complained of. The judgment of the county court of LeFlore county herein is therefore affirmed.